UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHARMAINE GRAY, | ) | No. EDCV 11-1536-JST (AGR) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER ACCEPTING FINDINGS |
| v. | ) | AND RECOMMENDATION OF |
| | ) | UNITED STATES MAGISTRATE |
| CALIFORNIA DEPT. OF CORRECTIONS & REHABILITATION, et al., | ) | JUDGE |
| | ) | |
| Defendant(s). | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered (1) granting Defendants' motion to dismiss; and (2) dismissing this action without prejudice.

DATED:   April 27, 2012   _____
JOSEPHINE STATON TUCKER
United States District Judge