UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE GRAY,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPT OF CORRECTIONS & REHABILITATION, et al.,<br><br>    Defendants. | No. EDCV 11-1536-JST (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that (1) Defendants' motion to dismiss is granted; and (2) this action is dismissed without prejudice.

DATED: April 27, 2012

                                JOSEPHINE STATON TUCKER
                                United States District Judge